DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00271-GMN-VCF |
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS |
| vs. | |
| RONALD A. SPINABELLA, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, Susan Cushman, Assistant United States Attorney, counsel for the United States of America and John George, Jr., Esq. counsel for defendant, that the defendant's pretrial release conditions shall be amended to include the following additions.

1. The defendant shall have no contact either directly or through a third person with any of the government's witnesses (list to be provided to Pretrial Services).

2. The defendant shall have no contact either directly or through a third person with any charged or uncharged co-conspirators, including Tara Floyd and Frank Floyd.

DATED this the 20th day of September, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Susan Cushman*
_____
SUSAN CUSHMAN
Assistant United States Attorney

*/s/ John George, Jr.*
_____
JOHN GEORGE, JR.
Counsel for Defendant

IT IS SO ORDERED this 22nd day of September, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

2