ROSS C. GOODMAN, ESQ.
Nevada Bar No. 7722
Goodman Law Group, P.C.
520 South Fourth Street, 2nd Fl.
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702)385-5088
Email: ross@rosscgoodman.com

T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
Palazzo Law Firm, A Professional Corporation
520 South Fourth Street, 2nd Fl.
Las Vegas, Nevada 89101
Telephone: (702) 385-3850
Facsimile: (702)385-3855
Email: louis@palazzolawfirm.com

*Attorneys for Defendant Ronald Spinabella*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:16-CR-00271-GMN-VCF-1 |
|---|---|
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| RONALD A. SPINABELLA, JR., | |
| Defendant. | |

RONALD A. SPINABELLA, JR., Defendant, hereby substitutes Ross C. Goodman, Esq. of the Goodman Law Group, P.C., and T. Louis Palazzo, Esq. of the Palazzo Law Firm, a Professional Corporation, as his attorneys in place and stead of John G. George, Esq.

Dated this 28th day of November, 2016.

_____
RONALD A. SPINABELLA, JR.
*Defendant*

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

1

1   I, John G. George, consent to the above substitution.

2   Dated this 30 day of November, 2016.

_____
JOHN G. GEORGE, ESQ.
600 South 8th Street
Las Vegas, Nevada
Telephone: (702) 561-7855
Facsimile: (702) 446-1577
Email: johngeorgejr@fastmail.fm

Ross C. Goodman, Esq. and T. Louis Palazzo, Esq., are duly admitted to practice in this District and accept the above substitution.

Dated this 28th day of November, 2016.

_____
ROSS C. GOODMAN, ESQ.
Nevada Bar No. 7722
Goodman Law Group, P.C.

_____
T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
Palazzo Law Firm, A Professional Corporation

**APPROVED.**

Dated this 5th day of December, 2016.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                Magistrate

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

2