T. LOUIS PALAZZO, ESQUIRE
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702/385-3850
Fax: 702/385-3855

ROSS C. GOODMAN, ESQ.
Nevada Bar No. 7722
GOODMAN LAW GROUP
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tel: (702) 383-5088
Fax: (702) 385-5088

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD A. SPINABELLA JR.,<br><br>Defendant. | CASE NO.: 2:16-cr-00271-GMN-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING HEARING OF RONALD SPINABELLA** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, RONALD A. SPINABELLA JR., by and through his counsel, T. LOUIS PALAZZO, ESQ., of PALAZZO LAW FIRM, A PROFESSIONAL LAW CORPORATION, and ROSS C. GOODMAN, ESQ., of GOODMAN LAW GROUP, and the UNITED STATES OF AMERICA, by and through SUSAN CUSHMAN, ASSISTANT UNITED STATES ATTORNEY, that sentencing in this case be continued from August 16, 2018, to a date and time convenient to this Court; however, for a period of not less than sixty (60) days. Additionally, AUSA Susan Cushman will be out of the district during the period of October 12th - 17th, 2018

This Stipulation is entered into for the following reason:

1. Counsel for Defendant will be engaged in a jury trial concerning a civil case currently pending in the Eighth Judicial District Court, which will conflict with the presently scheduled sentencing date.

DATED this the 16th day of July, 2018.

/s/ T. Louis Palazzo
T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

ROSS C. GOODMAN, ESQ.
Nevada Bar No. 7722
GOODMAN LAW GROUP
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101

*Attorneys for Defendant*

/s/ Susan Cushman
SUSAN CUSHMAN, AUSA
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

|    |                                 |                                    |
|----|---------------------------------|------------------------------------|
| 1  | **UNITED STATES DISTRICT COURT**                                     ||
| 2  | **DISTRICT OF NEVADA**                                               ||
| 3  | UNITED STATES OF AMERICA,       | CASE NO.:   2:16-cr-00271-GMN-VCF  |
| 4  |                                 |                                    |
| 5  | Plaintiff,                      |                                    |
| 6  |                                 |                                    |
| 7  | vs.                             |                                    |
| 8  |                                 |                                    |
| 9  | RONALD A. SPINABELLA JR.,       |                                    |
| 10 |                                 |                                    |
| 11 | Defendant.                      |                                    |

**ORDER TO CONTINUE SENTENCING HEARING OF RONALD SPINABELLA**

TO ALL PARTIES AND THEIR COUNSEL:

This matter having come before the Court and good cause having been shown:

IT IS HEREBY ORDERED that the sentencing date in this matter is continued to Thursday, November 8, 2018, at 10:00 a.m.

Dated this  26  day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that on the 16th day of July, 2018, I served an electronic copy of the above STIPULATION TO CONTINUE SENTENCING HEARING OF RONALD SPINABELLA to all parties of record, *via* CM/ECF.

/s/ Celina Moore
An Employee of Palazzo Law Firm, PC