

___✔___FILED          _____RECEIVED
_____ENTERED        _____SERVED ON
             COUNSEL/PARTIES OF RECORD

NOV - 8 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-271-GMN-(VCF) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| RONALD A. SPINABELLA, JR., | ) | |
| Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1); Title 21, United States Code, Section 853(a)(2); Title 21, United States Code, Section 881(a)(6) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(1) based upon the plea of guilty by defendant Ronald A. Spinabella, Jr., to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant Ronald

///

A. Spinabella, Jr., pled guilty. Criminal Indictment, ECF No. 10; Change of Plea, ECF No. 43; Preliminary Order of Forfeiture, ECF No. 45; Plea Agreement, ECF No. 46.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 9, 2018, through June 7, 2018, and from August 18, 2018, through September 16, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF Nos. 47 and 51.

This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 50.

On August 23, 2018, the Internal Revenue Service personally served Gia Spinabella, c/o Janet Sclafani, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 50-1, p. 1-9.

On August 23, 2018, the Internal Revenue Service personally served JRS Enterprises, LLC, c/o Gail Valinoti, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 50-1, p. 10-19.

On August 23, 2018, the Internal Revenue Service personally served JRS Enterprises, LLC, c/o Janet Sclafani, Managing Member, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 50-1, p. 20-29.

On August 23, 2018, the Internal Revenue Service personally served JRS Enterprises, LLC, c/o Ronald Spinabella, Managing Member, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 50-2, p. 1-10.

On August 23, 2018, the Internal Revenue Service personally served Castle Rock International, LLC, c/o Ronald Spinabella, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 50-2, p. 11-20.

On August 23, 2018, the Internal Revenue Service personally served Castle Rock International, LLC, c/o Ronald Spinabella, Managing Member, with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 50-2, p. 21-30.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1); Title 21, United States Code, Section 853(a)(2); Title 21, United States Code, Section 881(a)(6) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(n)(7) and 853(p) and shall be disposed of according to law:

/ / /

1. 2014 Blue Chevrolet Corvette, Vehicle Identification Number 1G1YD2D77E5133075, bearing Nevada license plate number 021-ZAM, registered owner Ronald Anthony Spinabella, Jr.;

2. $56,775.29 USC;

3. $23,411.06 USC;

4. $5,000.00 USC;

5. $236,159.01 USC;

6. $218,904.98 USC;

7. $4,200.00 USC;

8. Two (2) 2015 American Eagle one ounce gold proof coins in boxes;

9. One (1) 2015 American Eagle one ounce gold proof coin in plastic case;

10. Five (5) 2014 Liberty one ounce silver proof coins in plastic cases;

11. One (1) 2012 American Eagle 1/4 ounce gold proof coin in plastic case;

12. $35.91 USC;

13. $93,667.96 USC;

14. $49,059.23 USC;

15. M4 Carbine multi caliber rifle with serial number DDB007214B; and

16. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 8 day of Nov , 2018.

_____
UNITED STATES DISTRICT JUDGE