UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Ronald A. Spinabella

Case No.: 2:16CR00271

**Request For Transfer Of Jurisdiction**

January 27, 2021

TO:  The Honorable Gloria M. Navarro
     United States District Judge

On November 8, 2018, your Honor sentenced Ronald Spinabella to a total of 36 months' imprisonment followed by 3 years' supervised release for the offense of Conspiracy to Manufacture and Distribute a Controlled Substance Analogue and Money Laundering Conspiracy. On November 25, 2020, Spinabella commenced supervised release in the Northern District of Illinois.

Spinabella has no ties to the District of Nevada and intends to stay in the Northern District of Illinois for the remainder of his supervision. To expedite any future matters which may require the Court's attention, the Northern District of Illinois has respectfully requested transfer of jurisdiction of Spinabellas's case. Should the Court agree with this request, transfer of jurisdiction forms is attached for your Honor's signature.

Should the court have any questions, please contact the undersigned officer at (702) 527-7295 and gabriella_mitchell@nvp.uscourts.gov

Respectfully submitted,

Digitally signed by
Gabriella Mitchell
Date: 2021.01.27
16:25:22 -08'00'

Gabriella Mitchell
United States Probation Officer Assistant

Approved:

Digitally signed by Todd
Fredlund
Date: 2021.01.27 15:07:05
-08'00'

Todd Fredlund
Supervisory United States Probation Officer

| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
| --- | --- | --- |
| (Rev. 2/88) | | 2:16CR00271 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Ronald A. Spinabella | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Gloria M. Navarro | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/25/2020 | TO 11/24/2023 |

OFFENSE
21 USC § 846 Conspiracy to Manufacture and Distribute a Controlled Substance Analogue
18 USC § 1956(h) Money Laundering Conspiracy

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 29, 2021
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Illinois

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*      *United States District Judge*